## PIKE v. ANDREWS.

DUCKWORTH, Chief Justice. This petition to set aside a judgment rendered by the Superior Court of Fulton County during the January-February term, 1951, was filed May 22, 1951, and, hence, at a subsequent term. It is not addressed to the court but to a judge thereof, and it neither prays for nor has attached thereto a process. It seeks to set aside a judgment upon alleged grounds of fraud, and not for any defect that appears on the face of the judgment dismissing the petition on demurrer. *Held:*

The petition is a nullity and was properly stricken on demurrer. *Jackson v. Jackson,* 199 *Ga.* 716 (2) (35 S. E. 2d, 258); *Plunkett v. Neal,* 201 *Ga.* 752 (41 S. E. 2d, 157); *Morris Plan Bank of Georgia v. Hadsall,* 202 *Ga.* 52 (41 S. E. 2d, 881).

*Judgment affirmed. All the Justices concur.*

No. 17573. ARGUED SEPTEMBER 12, 1951—DECIDED OCTOBER 10, 1951—REHEARING DENIED NOVEMBER 16, 1951.

*H. A. Etheridge,* for plaintiff.

*Miller & Head,* for defendant.